## Ex parte O. W. AUSTIN.
### No. 17805.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

Frank E. Mann, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This is a companion case to that of Ex parte John Tally (No. 17803) 86 S.W. (2d) 767, opinion this day handed down. The record in the instant case is in all respects like the one in said cause No. 17803. The statement of facts is not approved by the trial judge, and the application for the writ is not accompanied by a copy of the complaint upon which appellant was tried.

The judgment will be affirmed.

## GALVAN v. STATE.
### No. 17221.

Court of Criminal Appeals of Texas.
Nov. 13, 1935.

For former opinion, see 86 S.W.(2d) 228.

Carroll W. Smith, of El Paso, for appellant.

Roy Jackson, Dist. Atty., of El Paso, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Appellant asks leave to file second motion for rehearing. We are not at liberty to consider ex parte affidavits which accompany appellant's request. Same relate to matters which should have been presented to the trial court at the time of the trial. The record made here is not subject to any such attack. We have again looked over the matters referred to in appellant's application, which are germane, and are not led to believe any error was committed in our disposition of the case.

The request is denied.